UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SANTANA,<br><br>           Plaintiff,<br><br>   v.<br><br>SAFEWAY STORES, et al.,<br><br>           Defendants. | Case No.: C 10-2489 PVT<br><br>**INITIAL CASE MANAGEMENT CONFERENCE ORDER; AND**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On August 31, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the discussions at the Case Management Conference,

IT IS HEREBY ORDERED that, absent agreement of the parties or further order of the court, pending resolution of Defendants' anticipated motions for summary judgment, discovery is limited to the following:

- Defendants may take the deposition of Plaintiff;
- Plaintiff may take no more than three depositions; and
- Plaintiff may serve a set of document requests by September 10, 2010 for the purposes discussed at the Case Management Conference.

IT IS FURTHER ORDERED that Defendants' shall notice their anticipated motions for summary judgment to be heard at 10:00 a,m. on December 7, 2010 (or on an appropriate day and

1  time within a week thereafter if the then-assigned judge does not hear civil law and motion at
2  10:00 a.m. on Tuesdays).
3       IT IS FURTHER ORDERED that the remainder of the Case Management Conference is
4  continued to 2:00 p.m. on January 18, 2011.  The parties shall file an updated Joint Case
5  Management Conference Statement no later than January 11, 2011.
6  Dated: *8/31/10*

                                                            PATRICIA V. TRUMBULL
                                                            United States Magistrate Judge